## NELSON-BETHEL CLOTHING CO. v. SAMUELS *et al.*

No. 3115. Opinion Filed November 18, 1913.

(136 Pac. 592.)

**APPEAL AND ERROR**—Failure to Serve and File Briefs—Dismissal.
Where plaintiff in error failed to comply with the rules of this court, requiring it to serve a brief on counsel for defendant in error, and at the same time to file fifteen copies of its brief with the clerk of the court, its case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from County Court, Pottawatomie County;*
*Ross F. Lockridge, Judge.*

Action by the Nelson-Bethel Clothing Company against William Samuels and B. F. Phillips, partners as Samuels & Phillips. Judgment for defendants, and plaintiff brings error. Dismissed.

*Frederick King,* for plaintiff in error.

Opinion by SHARP, C. The petition in error and case-made in this case were filed in this court on May 8, 1911. Plaintiff in error has filed no brief and made no effort to comply with the rules of this court. Upon the authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, and other cases cited herein, the appeal should be dismissed.

By the Court: It is so ordered.